# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**Kelly Frolo**

**Plaintiff,**

v.

J.J.F. Management Services d/b/a Fitzgerald Auto Malls

**Defendant.**

Case No. 8:25-cv-01474-PX

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☒ I certify, as party/counsel in this case that __Plaintiff Kelly Frolo__
(name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____:
(name of party)

_____.
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

| (name of member) | (state of citizenship) |
|---|---|
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

May 7, 2025
Date

/s/Andrea R. Gold
Signature

Andrea R. Gold (D. Md. Bar No. 18656)
Printed name and bar number

2000 Pennsylvania Ave. NW, Suite 1010, Washington, DC 20006
Address

agold@tzlegal.com
Email address

(202) 973-0900
Telephone number

(202) 973-0950
Fax number