# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Maryland

Case Number: 8:25-CV-01474-PX

Plaintiff:
**KELLY FROLO ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED**

vs.

Defendant:
**J.J.F. MANAGEMENT SERVICES, INC. D/B/A FITZGERALD AUTO MALLS**

Received by Legal Force USA Inc. to be served on **J.J.F. MANAGEMENT SERVICES, INC. D/B/A FITZGERALD AUTO MALLS C/O REGISTERED AGENT: CSC-LAWYERS INCORPORATION SERVICE COMPANY, 7 ST. PAUL STREET, SUITE 820, BALTIMORE, MD 21202**.

I, Vernice J. Bell, do hereby affirm that on the **12th day of May, 2025** at **3:28 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action and Class Action Complaint** with the date and hour of service endorsed thereon by me, to: **Authorized Agent** as **Intake Specialist** for **J.J.F. MANAGEMENT SERVICES, INC. D/B/A FITZGERALD AUTO MALLS**, at the address of: **7 ST. PAUL STREET, SUITE 820, BALTIMORE, MD 21202**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 57, Sex: F, Race/Skin Color: Black, Height: 5'2", Weight: 210, Hair: Black, Glasses: Y

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief and do further affirm I am a competent person over 18 years of age and not party to the case.

Vernice J. Bell

Legal Force USA Inc.
13818 SW 152nd Street, Suite 220
Miami, FL 33177
(888) 301-7191

Our Job Serial Number: LLP-2025001794
Ref: REV

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0d

