UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| KELLY FROLO, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>J.J.F. MANAGEMENT SERVICES, INC. d/b/a FITZGERALD AUTO MALLS,<br><br>Defendant. | Case No.: 8:25-cv-01474 |

**NOTICE OF NON-OPPOSITION AND CONSENT**
**TO CONSOLIDATION AND PROPOSED LEADERSHIP STRUCTURE**

PLEASE TAKE NOTICE that above-captioned matter is related to: (i) *Amrine v. J.J.F. Management Services, Inc. d/b/a Fitzgerald Auto Malls*, No. 8:25-cv-1377 (D. Md.) (the "*Amrine* Action"); (ii) *Norwood v. J.J.F. Management Services, Inc. d/b/a Fitzgerald Auto Malls*, No. 8:25-cv-1399 (D. Md.); and (iii) *Henry v. J.J.F. Management Services, Inc. d/b/a Fitzgerald Auto Malls*, No. 8:25-cv-1448 (D. Md.). A Motion to Consolidate and Appoint Interim Class Counsel (the "Motion") was filed in the *Amrine* Action on May 6, 2025. Plaintiff Kelly Frolo does not oppose the Motion and consents to consolidation of the present action into the *Amrine* Action and the proposed leadership structure.

Date: May 20, 2025

                                            Respectfully submitted
                                            */s/ Manuel S. Hiraldo*
                                            Manuel S. Hiraldo
                                            Florida Bar No. 030380
                                            **HIRALDO P.A.**
                                            401 E Las Olas Blvd., Suite 1400
                                            Ft. Lauderdale, FL 33301
                                            Phone: (954) 400-4713
                                            Email: mhiraldo@hiraldolaw.com

1